**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

SHAWN FREEMORE, : No. 47 MAP 2021
 :
Appellant : Appeal from the Commonwealth
 : Court Order dated May 10, 2021 at
 : No. 273 M.D. 2020.
v. :
 :
 :
DEPARTMENT OF CORRECTIONS, :
 :
Appellee :

## ORDER

**PER CURIAM**                                   **DECIDED: February 23, 2022**

     **AND NOW,** this 23rd day of February, 2022, the Order of the Commonwealth Court is **AFFIRMED**.